UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　 )
　　　　　　　　　　　　　　　　　　) Case No. CR09-0098-RSL
　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
VALORIE A. DADE,　　　　　　　　　 ) DETENTION ORDER
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)
_____ )

Offense charged:

    Bank Fraud, in violation of 18 U.S.C. § 1344

    Social Security Number Misuse, in violation of 42 U.S.C. § 408 (a)(7)(B).

    Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A and Section 2.

Date of Detention Hearing: August 20, 2009.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has stipulated to detention, because she is in state custody, but reserves the right to contest his continued detention if there is a change in circumstances.

(2) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

DETENTION ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　15.13
18 U.S.C. § 3142(i)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 1/91
PAGE 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of August, 2009.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge